UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-22624-CIV-MARTINEZ

EURIALO LOSADA DIAZ,

    Petitioner,

v.

CHARLES PARRA, *et al.*,

    Respondents.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before this Court on Petitioner Eurialo Losada Diaz's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 1). Petitioner alleges he has been unlawfully detained by Immigration and Customs Enforcement ("ICE") officials and is currently being held at Krome Detention Center. (*Id.*) He further alleges that he was awarded protection from removal to Cuba under the Convention Against Torture Treaty in 2021, that he has not committed any acts or failed to act pursuant to his order of supervision and has obliged with all reporting requirements. (*Id.*) He was granted deferral of removal, which is still in place and has not been challenged in any capacity. (*Id.*)

Upon entertaining a § 2241 petition, a court "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted . . . . The writ[] or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." 28 U.S.C. § 2243. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Within **three (3) days of the date of this Order**, Respondents shall file a memorandum of fact and law to show cause why this Petition should not be granted, including the reasoning and justification for Petitioner's detention, and shall file therewith all documents and transcripts necessary for the resolution of the Petition.

2. Petitioner may, but is not required to, file a Reply within **three (3) days** of the date on which this Court dockets Respondent's Response. Petitioner's Reply shall not exceed ten (10) pages and shall otherwise comply with this Court's Local Rules governing the form of filings. *See* S.D. Fla. L.R. 7.1(c); S.D. Fla. L.R. 5.1(a)(4).

3. Petitioner shall not be transferred to any other facilities outside the Southern District of Florida pending resolution of this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of June, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record